478 A.2d 99

Commonwealth v. Redclay, Appellant.

 Submitted February 24, 1984. Christopher J. Coyle, for appellant; Daniel J. McDevitt, Assistant District Attorney, for appellee.

Before SPAETH, President Judge, and CIRILLO and CERCONE, JJ.

Affirmed.